COMMONWEALTH of Pennsylvania, Respondent

v.

Kim David MARCH, Petitioner

No. 128 MAL 2017

Supreme Court of Pennsylvania.

DECIDED: OCTOBER 3, 2017

### ORDER

PER CURIAM

AND NOW, this 3rd day of October, 2017, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED** and this matter is **RE-MANDED** to the Superior Court for reconsideration in light of this Court's decision in *Commonwealth v. Myers*, —— Pa. ——, 164 A.3d 1162 (2017) and the United States Supreme Court's decision in *Birchfield v. North Dakota*, —— U.S. ——, 136 S.Ct. 2160, 195 L.Ed.2d 560 (2016).

Maria PALAR, as Executrix of the Estate of Katherine Palar, Deceased

v.

John WOHLWEND, Aris Teleradiology, Kamal Khalaf and Punxsutawney Area Hospital

Petition of: John Wohlwend and Aris Teleradiology

No. 164 WAL 2017

Supreme Court of Pennsylvania.

October 2, 2017

### ORDER

PER CURIAM

AND NOW, this 2nd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.